THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| EMEMA TULAFONO-LEVAULA, individually,<br><br>      Plaintiff,<br><br> v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, and DOES ONE THROUGH FIFTY,<br><br>      Defendants. | Case No. 3:20-cv-05942-BHS<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

The parties in the above-captioned matter stipulate and agree under Fed. R. Civ. P. 41(a)(1)(A)(ii) that the Court may dismiss with prejudice all claims, causes of action, and parties, with each party bearing that party's own costs, expenses, and fees.

DATED this 10th day of November, 2022.

| DAVIS LAW GROUP | LANE POWELL PC |
|---|---|
| By: *s/ Christopher M. Davis*<br>Christopher M. Davis, WSBA No. 23234<br>chris@davislawgroupseattle.com<br>Kyle Davis, WSBA No. 50838<br>kyle@davislawgroupseattle.com<br><br>*Attorneys for Plaintiff* | By: *s/ Tim D. Wackerbarth*<br>Tim D. Wackerbarth, WSBA No. 13673<br>wackerbartht@lanepowell.com<br>Andrew G. Yates, WSBA No. 34239<br>yatesa@lanepowell.com<br><br>*Attorneys for Defendant National Railroad Passenger Corporation* |

STIPULATION AND PROPOSED ORDER OF DISMISSAL - 1
CASE NO. 3:20-CV-05942-BHS

019188.0470/9175704.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

LANDMAN CORSI BALLAINE & FORD, PC

By: *s/ Mark S. Landman*
Mark S. Landman, *Pro Hac Vice*
John A. Bonventre, *Pro Hac Vice*
One Gateway Center, 4th Floor
Newark, NJ  07102
Telephone: 973-623-2700
Email: mlandman@lcbf.com
Email: jbonventre@lcbf.com

*Attorneys for Defendant National Railroad Passenger Corporation*

STIPULATION AND PROPOSED ORDER OF DISMISSAL - 2
CASE NO. 3:20-CV-05942-BHS

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

019188.0470/9175704.1

**ORDER**

Pursuant to the foregoing stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff's claims herein are hereby dismissed with prejudice and without costs to any of the aforementioned parties.

DATED this 10th day of November, 2022.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

DAVIS LAW GROUP

By: *s/ Christopher M. Davis*
Christopher M. Davis, WSBA No. 23234
chris@davislawgroupseattle.com
Kyle Davis, WSBA No. 50838
kyle@davislawgroupseattle.com

*Attorneys for Plaintiff*

LANE POWELL PC

By: *s/ Tim D. Wackerbarth*
Tim D. Wackerbarth, WSBA No. 13673
wackerbartht@lanepowell.com
Andrew G. Yates, WSBA No. 34239
yatesa@lanepowell.com

*Attorneys for Defendant National Railroad Passenger Corporation*

LANDMAN CORSI BALLAINE & FORD, PC

By: *s/ Mark S. Landman*
Mark S. Landman, *Pro Hac Vice*
John A. Bonventre, *Pro Hac Vice*
One Gateway Center, 4th Floor
Newark, NJ 07102
Telephone: 973-623-2700
Email: mlandman@lcbf.com
Email: jbonventre@lcbf.com

*Attorneys for Defendant National Railroad Passenger Corporation*